IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NORMAN SPRIGGS,** | : | |
| Petitioner | : | |
| | : | No. 1:24-cv-131 |
| v. | : | |
| | : | (Judge Rambo) |
| **WARDEN OF** | : | |
| **DAUPHIN COUNTY,** *et al.*, | : | |
| Respondent | : | |

**ORDER**

**AND NOW**, on this 27th day of February 2024, upon consideration of *pro se* Petitioner Norman Spriggs ("Petitioner")'s petition for writ of habeas corpus (Doc. No. 1) and for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE**;

2. A certificate of appealability will not issue because jurists of reason would not debate the correctness of this procedural ruling. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); and

3. The Clerk of Court is directed to **CLOSE** this case.

        s/ Sylvia H. Rambo
        United States District Judge